# ALABAMA COURT OF CRIMINAL APPEALS



October 18, 2024

**CR-2024-0114**
Wendy Marie Osterberg v. State of Alabama (Appeal from Houston Circuit Court: CC-21-788 and CC-21-789)

## <u>NOTICE</u>

You are hereby notified that on October 18, 2024, the following action was taken in the above-referenced cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

D. Scott Mitchell, Clerk